**SANFORD WITTELS & HEISLER LLP**
950 Third Avenue, 10th Floor
New York, NY 10022
(646) 723-2947
Fax: (646) 723-2948
E-Mail: swittels@nydclaw.com
www.nydclaw.com

| | | |
|---|---|---|
| 18 Half Mile Road<br>Armonk, NY 10504<br>(914) 273-7314<br>Fax: (914) 273-2563 | 1666 Connecticut Ave., Suite 310<br>Washington, D.C. 20009<br>Direct Dial: (202) 742-7777<br>Fax: (202) 742-7776 | 440 West Street<br>Fort Lee, NJ 07024<br>(201) 585-5288<br>Fax: (201) 779-5233 |

August 31, 2007

**BY ECF AND FEDEX OVERNIGHT**

Hon. Charles L. Brieant
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

   Re: **Hernandez, et al., v. C&S Wholesale Grocers, Inc., et al.**
      **06 CV 2675 (CLB)**

Dear Judge Brieant:

We represent Plaintiffs in the above-captioned matter. Please find enclosed for filing Plaintiffs': (1) Notice of Motion; (2) Memorandum of Law in Support of Their Motion to Stay Duplicative Counts In A Second-Filed FLSA Collective Action And State Wage And Hour Class Action Under The First-To-File Rule; (3) Affidavit of Steven L. Wittels; and (4) accompanying Exhibits.

Pursuant to my conversation with Courtroom Deputy Alice Cama, the Motion is returnable on September 28, 2007 at 10 a.m.

Thank you in advance for the Court's consideration.

                Respectfully submitted,

                Steven L. Wittels (SLW-8110)

cc: Glenn Smith (LITTLER MENDELSOHN), Attorneys for Defendants (by ECF)
  Katalin A. Demitrus (MADSEN, PRESTLEY & PARENTEAU, LLC),
   Attorneys for <u>Mahaney</u> Plaintiffs (by FedEx)
  Scott W. Day (DUNN & PHILLIPS, P.C.), Attorneys for <u>Mahaney</u> Plaintiffs (by FedEx)