# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARMANDO HERNANDEZ, MICHAEL WANDS, JOE ALVAREZ, BALMORES ORTIZ, DAVID RODRIGUEZ, LUIS TEJADA, CHAD GOURLEY, JOSEPH GASDIA, PAUL GASDIA, ERIC CLEVELAND, JASON DIXON, ERIC BOLISKI, ERIC MAHANEY, RICHARD PITNEY, ELIJAH NAYLOR, AND SEAN NEARY, Individually and on Behalf of All Others Similarly Situated, As Class Representatives,<br><br>Plaintiffs,<br><br>v.<br><br>C&S WHOLESALE GROCERS, INC., RICHARD "RICK" B. COHEN, and C&S WHOLESALE GROCERS, INC., as Plan Administrator,<br><br>Defendants. | CIVIL ACTION NO. 06-CV-2675 (CLB) (MDF)<br><br><br><br><br><br>ECF Filed |

SIRS/MADAMS:

TO:   David M. Wirtz, Esq.
      Lisa A. Schreter, Esq.
      A. Michael Weber, Esq.
      Glenn J. Smith, Esq.
      Littler Mendelson, P.C.
      885 Third Avenue, 16th Floor
      New York, NY 10022-48341

   *Counsel for Defendants C&S Wholesale Grocers, Inc., Richard B. Cohen, and C&S Wholesale Grocers, Inc., as Plan Administrator*

   PLEASE TAKE NOTICE that on July 30, 2008, at 3:00 p.m. in the afternoon or as soon thereafter as counsel can be heard, Plaintiffs will apply to the United States

District Court for the Southern District of New York, before the Honorable Kenneth M. Karas, at 300 Quarropas St., Room 521, White Plains, NY 10601, for entry of an Order pursuant to Fed. R. Civ. P. 23(e):

>   (i) approving as fair and adequate the class-wide settlement of this action;
>
>   (ii) certifying as final the Settlement Class;
>
>   (iii) approving as fair and reasonable Plaintiffs' counsel's application for attorneys' fees and expenses;
>
>   (iv) awarding the proposed "service payments"; and
>
>   (v) dismissing the action with prejudice.

PLEASE TAKE FURTHER NOTICE that in support of this application, Plaintiffs will rely upon the accompanying (i) Joint Declaration of Steven L. Wittels, Jeremy Heisler, and David W. Sanford, dated July 21, 2008 with annexed exhibits, (ii) Supporting Memorandum of Law dated July 21, 2008, (iii) Certification of Jennifer M. Keough Regarding Mailed Notice and Claims Administration, and (iv) Certification of Glenn Pomerantz, CPA, Partner, Litigation and Fraud Investigation Practice, BDO Seidman, in Support of Final Approval of Classwide Settlement of this Action, together with all prior pleadings and proceedings in this matter.

Dated:   July 21, 2008
         New York, New York

                                             __/s/_ Steven L. Wittels_____
                                             Steven L. Wittels (SLW-8110)
                                             Jeremy Heisler (JH-0145)
                                             SANFORD WITTELS & HEISLER, LLP
                                             950 Third Avenue, 10th Floor
                                             New York, NY 10022
                                             Telephone:  (646) 723-2947
                                             Facsimile:  (646) 723-2948

David Sanford, D.C. Bar No. 457933
SANFORD WITTELS & HEISLER, LLP
1666 Connecticut Ave., N.W., Suite 310
Washington D.C., 20009
Telephone:  (202) 742-7780
Facsimile:  (202) 742-7776

*Attorneys for Plaintiffs and the Class*